UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN AMESER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:09-CV-0395-G |
| NORDSTROM, INC., ) | |
| ) | **ECF** |
| Defendant. ) | |

## ORDER

Defendant's motion for leave to file response to plaintiff's motion to vacate arbitration award (docket entry 6) is **DENIED** as moot.

**SO ORDERED**.

April 1, 2009.

_____
A. JOE FISH
**Senior United States District Judge**